# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN  DIVISION

UNITED STATES OF AMERICA,

        **Plaintiff,**

    **vs.**                            : **CRIMINAL NO: CR-1-02-045-01**
                                       : **JUDGE BECKWITH**

ALEXANDER HALL,

        **Defendant.**

## SATISFACTION OF CRIMINAL JUDGMENT

The judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties.

                                  Respectfully submitted,

                                  GREGORY G. LOCKHART
                                  United States Attorney

                                  s/ Deborah F. Sanders
                                  DEBORAH F. SANDERS (0043575)
                                  Assistant United States Attorney
                                  Southern District of Ohio
                                  303 Marconi Boulevard, Suite 200
                                  Columbus, Ohio 43215-2401
                                  (614) 469-5715

N:\_ECF Workload\DSanders\Hall - Sat of Judg.wpd