IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    vs.                            : CRIMINAL NO: CR-1-02-045
                                        : JUDGE BECKWITH

**ALEXANDER HALL,**

        **Defendant.**

### MOTION TO WITHDRAWAL NOTICE OF
### SATISFACTION OF CRIMINAL JUDGMENT

      The Plaintiff, United States of America, respectfully requests the Court to withdrawal Plaintiff's Notice of Satisfaction of Judgment filed on August 2, 2005 (Docket entry # 98), which Plaintiff filed erroneously.  Defendant was ordered to pay a $100.00 Special Assessment, $1,218.00 in Restitution and a $1,000.00 Fine.  Defendant has paid his $100.00 Special Assessment and $1,218.00 in Restitution in full but still owes the $1,000.00 Fine.  Once the Defendant has paid his Fine in full, Plaintiff will file a new Satisfaction of Judgment.

                                                 Respectfully submitted,

                                                 GREGORY G. LOCKHART
                                               United States Attorney

                                               s/ Deborah F. Sanders
                                             DEBORAH F. SANDERS (0043575)
                                             Assistant United States Attorney
                                             Attorney for Plaintiff
                                             303 Marconi Boulevard, Suite 200
                                             Columbus, Ohio  43215
                                             (614) 469-5715
                                             Fax:  (614) 469-5240
                                             Deborah.Sanders @usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Motion to Withdrawal Notice of Satisfaction of Criminal Judgment was electronically filed with the Clerk of the Court using the CM/ECF system and that it was served by regular U.S. mail, postage prepaid, to Alexander Hall, 2589 S. Decores Rd., Connersville, IN 47331, this ___29th_____ day of _____November_____, 2005.

                                                   s/ Deborah F. Sanders  
                                                   DEBORAH F. SANDERS (0043575)  
                                                   Assistant United States Attorney