**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| **Plaintiff** | ) |
| | ) **CRIMINAL CASE NO: CR-1-02-045** |
| **vs.** | ) |
| | ) |
| **ALEXANDER HALL,** | ) **JUDGE BECKWITH** |
| | ) |
| **Defendant,** | ) |

**ORDER TO WITHDRAWAL NOTICE OF**
**SATISFACTION OF CRIMINAL JUDGMENT**

The Plaintiff's request for the Withdrawal of Notice of Satisfaction of Criminal Judgment,

filed on August 2, 2005, is hereby granted.


Dated: December 1, 2005                    s/Sandra S. Beckwith
                                           Sandra S. Beckwith, Chief Judge
                                           United States District Court