| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:02CR00045 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 3:06cr 28 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Alexander Salvatore Hall 5798 Yucca Drive Milton, FL 32583 | DISTRICT Southern District of Ohio | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Sandra S. Beckwith Chief United States District Judge | |
| | DATES OF SUPERVISED RELEASE: | FROM September 16, 2006 | TO September 15, 2009 |

OFFENSE
Conspiracy to Commit Bank Robbery, in violation of 18 U.S.C. § 371

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "Southern District of Ohio"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3/17/06
Date

*signature*
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/7/06
Effective Date

*signature* M. Casey Rodgers
United States District Judge