*Office of the Clerk*
*United States District Court*
*Potter Stewart U.S. Courthouse*
*103 East Fifth Street*
*Cincinnati, Ohio  45202*
*(513) 564-7520*

April 20, 2006

Office of the Clerk
U.S. District Court for the
Northern District of Florida
United States Courthouse
110 East Park Avenue
Tallahassee, FL 32301-7795

        IN RE: 1:02-cr-45-1 USA v Alexander S. Hall
                Transfer of Jurisdiction

     Enclosed please find a copy of the Indictment, the Judgment & Commitment Order on Sentencing, a copy of the Transfer of Jurisdiction, Form 22, and the docket sheet.

                          Sincerely,

                          s/Mary C. Brown
                          Mary C. Brown, Deputy Clerk

Encls.