IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      Plaintiff,

  vs.                      :  CASE NO.  CR-1-02-045

**ALEXANDER HALL,**

      Defendant.

### SATISFACTION OF CRIMINAL IMPOSITION

The judgment imposition in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record.

                                      GREGORY G. LOCKHART
                                      United States Attorney

                                        s/Deborah F. Sanders
                                        DEBORAH F. SANDERS  #0043575
                                        Assistant United States Attorney
                                        303 Marconi Blvd., Suite 200
                                        Columbus, Ohio 43215
                                        (614) 469-5715

**CERTIFICATE OF SERVICE**

  I hereby certify that on <u>May 22, 2008</u>, I electronically filed the foregoing Satisfaction of Criminal Imposition with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to Alexander Hall, 5798 Yucca Drive, Milton, Florida 32583.

                <u>s/Deborah F. Sanders</u>
                Deborah F. Sanders (0043575)
                Assistant United States Attorney